IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| M.E.R. Midwest LLC, | ) |
| | ) CASE NO. 2:09 CV 596 |
| Plaintiff, | ) |
| | ) JUDGE Marbley |
| v. | ) |
| | ) MAGISTRATE JUDGE Abel |
| Limitless Solutions, Inc., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AND DISMISSAL OF ALL CLAIMS

Plaintiff M.E.R. Midwest LLC ("M.E.R.") and Defendants Limitless Solutions, Inc., Thomas Kuhnash, and Robert Schuler (collectively "Limitless") have informed the Court that they have entered into a Settlement Agreement and Release of All Claims ("Settlement Agreement"). M.E.R. and Limitless are hereby ordered to comply with the terms of the Settlement Agreement and all claims asserted in this litigation are hereby dismissed with prejudice. IT IS SO ORDERED. This is a final Order.

Oct 26, 2009
Date

United States Judge Algenon Marbley

SUBMITTED BY:

_____
Brian E. Dickerson (0069227)
Jonathan R. Secrest (0075445)
5003 Horizons Drive, Suite 101
Columbus, OH 43220
Phone: 614-339-5370
Fax: 614-442-5942

*Counsel for Defendants*

_____
O. Judson Scheaf, III (0040285)
Trial Attorney for Plaintiffs
William C. Wilkinson (0033228)
Michele L. Noble (0072756)
THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, OH 43215
Phone: 614-469-3200
Fax: 614-469-3361

*Counsel for Plaintiff*

623326.1